UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-61670-CIV-COHN/SELTZER

GEMB LENDING, INC.,

    Plaintiff,

v.

RV SALES OF BROWARD, INC., a
Florida Corporation, DANIELLE TORANO
and JAIME TORANO,

    Defendant/Third Party Plaintiff,

vs.

GIGI STETLER and WACHOVIA
DEALER SERVICES, INC.

    Third Party Defendants.
_____/

## ORDER RE-SETTING HEARING

**THIS CAUSE** is before the Court *sua sponte*. The jury trial presently before the Court appears to be proceeding through this Friday and the time originally set for a hearing in this matter.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the hearing on Plaintiff's Motion for Summary Judgment [DE 44], RV Sales of Broward, Inc.'s Cross-Motion for Summary Judgment [DE 56/57], and Defendants/Counter-Plaintiffs Jaime and Danielle Torano ("Toranos") Motion for Summary Judgment [DE 72], is reset for 3:00pm on Friday, August 20, 2010, in Courtroom 203E of the United States Courthouse, 299 E. Broward Blvd., Fort Lauderdale, Florida. The hearing is scheduled

for one hour -- twenty (20) minutes each to GEMB Lending, the Toranos, and RV Sales, Inc. (including Gigi Stetler).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 10th day of August, 2010.

_____
JAMES I. COHN
United States District Judge

cc: All counsel of record on CM/ECF