UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-61670-CIV-COHN/SELTZER

GEMB LENDING INC., a
Delaware corporation,

        Plaintiff,

vs.

RV SALES OF BROWARD, INC. a
Florida corporation, DANIELLE
TORANO, a Florida resident, and
JAIME TORANO, a Florida resident,

        Defendants/Third Party Plaintiff,

vs.

GIGI STETLER and WACHOVIA
DEALER SERVICES, INC.

        Third Party Defendants.
_____/

## JUDGMENT ON CONSENT

Whereas the Complaint in the above-captioned action was filed on or about October 20, 2009, and the Defendant RV Sales of Broward, Inc. ("RV Sales") is subject to the jurisdiction of this Court.

Now therefore, Plaintiff GEMB Lending Inc. ("GEMB Lending") and RV Sales having agreed that the Court may find that: GEMB Lending and RV Sales entered into that certain Dealer Non-Recourse Recreational Vehicle Financing Agreement, effective June 6, 2001 (the "Dealer Agreement"); RV Sales breached the Dealer Agreement; the amount of damages caused to GEMB Lending by RV Sales' breach of the Dealer Agreement is $415,000; and the parties

having further agreed that the Court may enter judgment based on the foregoing findings, it is therefore:

ORDERED, ADJUDGED, AND DECREED:

Judgment is hereby entered against Defendant RV Sales, and in favor of Plaintiff GEMB Lending in the amount of $415,000.00. Nothing in this judgment affects the right of Plaintiff GEMB Lending or Defendant RV Sales to pursue claims against Defendants Jaime and Danielle Torano on appeal.

Dated: September 20, 2010.

_____
United States District Court Judge

We consent to entry of the foregoing Judgment On Consent:

| | |
|---|---|
| s/David Stone | s/ Frank Morreale |
| David Stone | Frank Morreale |
| Florida Bar No. 400432 | Florida Bar No. 32599 |
| David Stone, P.A. | Holland & Knight LLP |
| 4301 N.E. 1st Terrace, Suite 1 | 50 North Laura Street, Suite 3900 |
| Ft. Lauderdale, FL 33334 | Jacksonville, Florida 32202 |
| (954) 566-5297 | (904) 353-2000 |
| e-mail: nan@davidstonelaw.com | e-mail: frank.morreale@hklaw.com |
| bahaba123@aol.com | |
| *Attorneys for RV Sales* | *Attorneys for Plaintiff* |

#9780652_v1